Phillip A. Talbert
Acting United States Attorney

WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JESUS L. DOMINGUEZ<br><br>　　　　　　Defendant | Case No. 1:21-po-00089-SAB<br><br>MOTION AND ORDER FOR DISMISSAL; AND VACATE TRIAL DATE<br><br>DATE: JUNE 25, 2021<br>TIME: 10:00 A.M<br>JUDGE: HON. STANLEY A. BOONE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:21-po-00089-SAB against JESUS L. DOMINGUEZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 2, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ William B. Taylor
　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. TAYLOR
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:21-po-00089-SAB against JESUS L. DOMINGUEZ be dismissed, without prejudice, in the interest of justice. and the trial date of June 25, 2021 is vacated.

IT IS SO ORDERED.

Dated: **June 3, 2021**

UNITED STATES MAGISTRATE JUDGE